UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

DARREN PARKER,
                      Defendant.
------------------------------------------------------------X

21 **CIVIL** 9558 (PMH)
20 **CR.** 224-2 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 5, 2022, based on the foregoing, Parker's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence is DENIED and no hearing is necessary. Parker's motion under 18 U.S.C. § 3582(c) is likewise DENIED. As Parker has not made a substantial showing of a denial of a constitutional right, a Certificate of Appealability shall not be issued. See 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered in favor of Respondent; accordingly, case 21-CV-09558 is closed.

**DATED:** New York, New York
              April 5, 2022

                                            **RUBY J. KRAJICK**

                                            _____
                                            **Clerk of Court**
                     **BY:**    *K. Mango*
                                            _____
                                            **Deputy Clerk**