UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARREN PARKER,

                   Movant,

    -against-

UNITED STATES OF AMERICA,

                   Respondent.

ORDER

21-CV-9558 (PMH)

PHILIP M. HALPERN, United States District Judge:

On September 8, 2025, Darren Parker filed a filed a *pro se* motion for relief from judgment under Federal Rule of Civil Procedure 60(b).

The Government shall file its opposition to Parker's motion by September 26, 2025. Parker's reply, if any, shall be filed by October 10, 2025.

                                            **SO ORDERED:**

Dated: White Plains, New York
       September 12, 2025

                                            _____
                                            Philip M. Halpern
                                            United States District Judge